**Order entered May 3, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-21-00258-CR**
**No. 05-21-00259-CR**

**ROBERT JESSE MEYERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82877-2020 & 380-82495-2020**

**ORDER**

Before the Court is the State's April 29, 2022 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief received with the motion filed as of the date of this order.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE